<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARK DANIELS,<br><br>    Plaintiff,<br><br>v.<br><br>WEISER SECURITY SERVICES, INC., et al.,<br><br>    Defendants. | Civil Action No. 24-10772 (SDW) (CLW)<br><br>**ORDER**<br><br>July 29, 2025 |

**WIGENTON**, District Judge.

  Before this Court is Magistrate Judge Cathy L. Waldor's ("Judge Waldor") Report and Recommendation (D.E. 18 ("R&R")), dated July 11, 2025, which recommends that this Court grant Plaintiff Mark Daniels's ("Plaintiff") Motion to Remand, (D.E. 15), and deny Plaintiff's request for attorneys' fees. No objections to the R&R were filed. This Court has reviewed the reasons set forth by Judge Waldor in her R&R and the record in this matter. Based on the foregoing, and for good cause shown, it is hereby

  **ORDERED** that Judge Waldor's R&R is **ADOPTED** as the conclusions of law of this Court.

  **SO ORDERED.**

                  /s/ Susan D. Wigenton
                 **SUSAN D. WIGENTON, U.S.D.J.**

Orig:  Clerk
cc:     Parties
        Cathy L. Waldor, U.S.M.J.